IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BLAKE MILLSAP,

        Plaintiff,

vs.

NATIONAL ENTERPRISE SYSTEMS,

        Defendant.

8:17CV341

ORDER TO SHOW CAUSE

        The Court's records show the Office of the Clerk of Court sent a letter on September 20, 2017 (Filing No. 5), to Vikki S. Stamm by electronic filing and by U.S. Mail. The letter directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on November 13, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

        **IT IS ORDERED:**

        On or before November 28, 2017, attorney Vikki S. Stamm, shall pay the assessment or show cause by written affidavit why she cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Vikki S. Stamm as counsel of record for the Plaintiff.

        Dated this 14th day of November, 2017.

        BY THE COURT:

        s/ Michael D. Nelson
        United States Magistrate Judge